**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JERMAINE FRAZIER,              )<br>     Petitioner,              )<br>                                )      Civil Action<br>     v.                         )      No. 24-11942-PBS<br>                                )<br>BRIDGEWATER STATE HOSPITAL,     )<br>     Respondent.               ) | |

**ORDER**
September 9, 2024

SARIS, D.J.

On July 23, 2024, petitioner Jermaine Frazier commenced this action without paying the $5.00 filing fee or filing a motion for leave to proceed in forma pauperis. The petitioner is a pretrial detainee confined at Bridgewater State Hospital.

On July 30, 2024, the Court issued an order requiring the petitioner to resolve the filing fee within 21 days by paying the fee or seeking leave to proceed in forma pauperis. Dkt. No. 3. The Court stated that failure to comply with the order within 21 days could result in dismissal of the action. Id.

The petitioner has not responded to the Court's July 30, 2024 order and the time for doing so has lapsed.  Accordingly, the Court DISMISSES this action without prejudice for failure to pay the filing fee.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE